FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   MAY 06 2014   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YEFREY MINAYA,

                Petitioner,

-against-                                **ORDER**
                                        **14-CV-2118**

DEPARTMENT OF HOMELAND SECURITY,

                Respondent.

-----------------------------------------------------------X

On April 2, 2014, Yefrey Minaya ("petitioner") filed a motion, as opposed to a complaint, requesting a "Stay of future deportation proceedings" by respondent, the Department of Homeland Security. DE 1. On April 4, 2014, the Clerk of the Court for the Eastern District of New York entered a Notice of Deficient Filing, a copy of which was mailed to petitioner. DE 2. Pursuant to the Notice, any deficiencies were required to be corrected within fourteen (14) days. *Id.* On or about April 14, 2014, the mail containing the notice of deficiency was returned as undeliverable. DE 3.

"When a party changes addresses, it is his or her obligation to notify the Court of the new address." *Garcia v. Hynes*, No. 08 Civ. 2155, 2009 WL 890640, at *1 (E.D.N.Y. Mar. 31, 2009) (citing *Concepcion v. Ross*, No. 92 Civ. 770, 1997 WL 777943, at *1 (E.D.N.Y. Oct. 28, 1997)) (citing Local Rule 1.3(d) and holding "[t]he responsibility for keeping the court informed of changes of address rests with the petitioner").

A review of the docket sheet indicates that petitioner was incarcerated at Watertown Correctional Facility at the time he commenced this case. The mail containing the Notice of Deficiency was returned as undeliverable. Petitioner has not communicated with the Court or the

Clerk's office to update his address. Accordingly, the action is dismissed without prejudice. The Clerk of the Court shall close this case.

**SO ORDERED.**

Dated: May 6, 2014
      Central Islip, New York

      s/ Sandra J. Feuerstein
      Sandra J. Feuerstein. U.S.D.J.